EDWARD L. KATZENBACH, attorney-general, respondent,

*v.*

ARMSTRONG CORK COMPANY, appellant.

[Decided February 6th, 1928.]

On appeal from a decree of the court of chancery.

*Mr. Henry J. Gaede,* for the respondent.

*Messrs. Starr, Summerill & Lloyd,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported in *99 N. J. Eq. 32.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ.  15.

*For reversal*—None.